UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD H. CRADDOCK, PAMELA CRADDOCK
JACOB BRADLEY, a minor, by PAMELA CRADDOCK,
His Next Friend, SAMANTHA BRADLEY, a minor, by
PAMELA CRADDOCK, her Next Friend, and
RICHARD H. CRADDOCK, JR., a minor, by
PAMELA CRADDOCK, his Next Friend,

      Plaintiffs,

v                                               Case No. 1:02-CV-0551

D/SGT STEVEN D. RAU, TPR MITCHELL DYER,    Hon. Gordon J. Quist
D/TPR ANGEL D. OUWINGA
and SGT. MARK S. DAVIS,

      Defendants.
_____/

Frederick J. Boncher (P23072)               D. Scott Stuart (P33352)
Catherine M. Sullivan (P40699)             Plunkett & Cooney, P.C.
Attorneys for Plaintiffs                         Attorney for Def Davis
Schenk & Boncher                             333 Bridge Street, NW #530
601 Three Mile Road, N.W.                  Grand Rapids, MI 49504-5365
Grand Rapids, MI 49544                     (616) 752-4611
(616) 647-8277

Mark E. Donnelly (P39281)
Assistant Attorney General
Attorney for Defs Rau, Dyer,
  and Ouwinga
Public Employment, Elections
& Tort Defense Division
P.O. Box 30736
Lansing, MI 48909-8236
(517) 373-6434
_____/

## STIPULATION AND ORDER DISMISSING DEFENDANTS RAU, DYER AND OUWINGA

At a session of said Court, held
on a date set forth below.

PRESENT: HONORABLE GORDON J. QUIST
U.S. District Court Judge

This matter is before the court on the stipulation of the parties allowing Steven D. Rau, Mitchell Dyer and Angel D. Ouwinga to be dismissed from this action, with prejudice and without interest, costs or attorney fees.

IT IS ORDERED that plaintiffs' complaint against Defendants Steven D. Rau, Mitchell Dyer and Angel D. Ouwinga is hereby DISMISSED with prejudice and without interest, costs or attorney fees to any party.

Dated: December 23, 2003        /s/Gordon J. Quist
                                Honorable Gordon J. Quist
                                U.S. District Court Judge

Stipulated for entry by:

*Catherine M. Sullivan*                *D. Scott Stuart*
Frederick J. Boncher (P23072)          D. Scott Stuart (P33352)
Catherine M. Sullivan (P40699)         Attorney for Def Davis
Attorneys for Plaintiffs


*Mark E. Donnelly*
Mark E. Donnelly (P39281)
Assistant Attorney General
Attorney for Defs Rau, Dyer
 and Ouwinga